IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATE OF TENNESSEE, *ex rel*. DR. JASON NOLAN and DR. MEIKLEJOHN MCKENZIE, <br><br>Plaintiffs, <br><br>v. <br><br>HCA HEALTHCARE, INC., et al., <br><br>Defendants. | Civil Case No.: 3:20-cv-00978 <br>JUDGE RICHARDSON <br><br>JURY TRIAL DEMANDED <br>**UNDER SEAL** |

## ORDER GRANTING THE UNITED STATES' AND TENNESSEE'S *EX PARTE* MOTION FOR AN ORDER TO PARTIALLY LIFT THE SEAL

Upon consideration of the United States' and the State of Tennessee's *Ex Parte* Motion for an Order to Partially Lift the Seal:

**IT IS HEREBY ORDERED** that at the discretion of the United States and the State of Tennessee, the United States and the State of Tennessee may disclose and provide a copy of the Complaint, or a subset of information contained therein, to Defendants and their counsel.

**IT IS FURTHER ORDERED** that the Complaint and all other filings shall remain under seal through the January 28, 2023, extension and seal period as previously ordered by the Court, except insofar as that seal has been partially lifted by this Court.

*Eli Richardson*
ELI J. RICHARDSON
United States District Judge